**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| KINDRED HOSPITALS EAST, LLC d/b/a KINDRED HOSPITAL BAY AREA – TAMPA )<br><br>   Plaintiff, )<br>v. )<br> )<br>MEDICAL MUTUAL SERVICES, LLC )<br> )<br>   Defendant. ) | **CASE NO. 8:23-cv-01075** |

## NOTICE OF SETTLEMENT

Defendant, Medical Mutual Services, LLC ("Medical Mutual"), pursuant to Local Rule 3.09, hereby submits this Notice of Settlement and states the parties have reached a settlement to all issues in this litigation subject to an executed Settlement Agreement. Upon the completion of the contingencies contained in the Settlement Agreement, the parties will file the appropriate dismissal document with the Court.

 */s/ Eric S. Koenig*
Eric S. Koenig, Esquire
Florida Bar No. 0016693
ekoenig@trenam.com ranctil@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL 33602
Telephone: (813) 223-7474

/s/ Christopher C. Koehler
CHRISTOPHER C. KOEHLER
MICHAEL E. SMITH
Pro Hac Vice
ckoehler@frantzward.com
msmith@frantzward.com
FRANTZ WARD LLP
200 Public Square, #3000
Cleveland, OH 44114
Telephone: (216) 515-1660
*Counsel to Defendant,*
*Medical Mutual Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2025, a true and correct copy of the foregoing Notice of Settlement was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing and copy to all counsel of record.

/s/ Eric S. Koenig
Attorney